THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
CHERYL O'CONNOR MURPHY (CA Bar No. 173897)
SARAH J. HEIDEL (CA Bar No. 209886)
Assistant United States Attorneys
Public Integrity & Environmental Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 0759/2451
    Facsimile: (213) 894-6436
    E-mail: cheryl.murphy@usodj.gov
        sarah.heidel@usdoj.gov

ANDREW J. KLINE (DC Bar No. 441-845)
Special Litigation Counsel
Civil Rights Division
United States Department of Justice
Washington, DC 20004

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 07-11(B)-MMM |
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENT |
| v. | |
| GLADYS VASQUEZ-VALENZUELA, MIRNA JEANNETH VASQUEZ VALENZUELA, aka Miriam, MARIA DE LOS ANGELES VICENTE, aka Angela, ALBERTINA VASQUEZ VALENZUELA, aka Cristina, MARIBEL RODRIGUEZ VASQUEZ, GABRIEL MENDEZ, LUIS VICENTE VASQUEZ, aka Armando, FLOR MORALES SANCHEZ, and PABLO BONIFACIO, | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's <u>ex parte</u> application for sealed filing is GRANTED. The document sought to be filed under seal and the government's <u>ex parte</u> application for sealed filing shall both be filed under seal. The government may produce the underlying document as permitted or required by applicable law.

DATED: 2/22/08

_____
THE HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

DATED: _____

_____
THE HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE


## CERTIFICATE OF SERVICE BY MAIL

I, **MONICA MORALES-GUZMAN**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this certificate was made; that on, **February 22, 2008**, the United States mail in the United States Courthouse at 312 North Spring Street, Los Angeles, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of:

**[PROPOSED] ORDER SEALING DOCUMENT.**

Addressed to:

**WILLIAM DOMNARSKI**
**6144 OMEGA STREET**
**RIVERSIDE, CA 92506**

at HIS/HER/THEIR known address, at which place there is a delivery service by United States mail.

This Certificate is executed on **February 22, 2008**, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

MONICA MORALES-GUZMAN
LEGAL SECRETARY